PD-1070-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/26/2015 12:59:50 PM
Accepted 2/26/2015 1:52:43 PM
ABEL ACOSTA
CLERK

PD 1070-14

# IN THE COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

February 26, 2015

ABEL ACOSTA, CLERK

### ADRIAN BRONCHA ALEXANDER

### VS.

### THE STATE OF TEXAS

**On Appeal from the Tenth Court of Appeals**
**Waco, Texas**
**10-12-00281-CR**

## MOTION FOR EXTENSION OF TIME TO FILE AMENDED MOTION FOR REHEARING

**TO THE HONORABLE JUDGES OF SAID COURT:**

I.

COMES NOW, Appellant in the above styled case, and makes and files this his request for an extension of time to file his Motion for Rehearing and would show unto the Court the following:

Court Below:                                Tenth Court of Appeals

Cause Number Below:                         10-12-00281-CR

1

Date Petition for Discretionary
Review Refused:                                     1-14-15

Present Deadline for Filing Appellant's
Motion for Rehearing:                               2-20-15

Days requested for this extension:            6 days

Date to which extension is requested:        February 26, 2015

Number of extensions
previously granted:                                 1

## I.

The Appellee's request is based upon the following reasonable explanation of the need for additional time, within the personal knowledge of Charles W. McDonald, the attorney signing this motion, T.R.A.P. 10.5(b), namely:

## II.

Due to a clerical error, the wrong document was attached and filed on 2-20-15. The error was not discovered until 2-23-15. Counsel requested to refile the document. Hard copies of the correct document were received by the Court on 2-23-15. The correct document was refiled without a motion to extend time. Counsel requests an extension of time to file Petitioner's Amended Motion for Rehearing through today, 2-26-15.

## III.

WHEREFORE, this Attorney for the Appellant prays that the Court grant this motion and extend the time and deadline for the filing

of Appellant's Motion for Rehearing, or the Court grant such additional time as is just and proper.

Respectfully submitted,

/s/ Charles W. McDonald

Charles W. McDonald
2024 Austin Avenue
Waco, Texas      76701
Pone:  (254) 752-9901
Fax: (254) 754-1466
SBOT NO. 1353880

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing instrument was served upon the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas, 78711, and Abelino "Abel" Reyna, McLennan County Criminal District Attorney, 219 N. Sixth Street, Suite 200, Waco, Texas 76701-1363, as allowed by rule and law, this 26th day of February, 2015.
.

/s/ Charles W. McDonald
Charles W. McDonald